1  David J. Kaminski, Esq. (State Bar No. 128509)
   KaminskiD@cmtlaw.com
2  Stephen A. Watkins, Esq. (State Bar No. 205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   ALLIANT LAW GROUP, PC
7

8
                        UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO
10

11  STEVEN SOLOMON,                )  CASE NO. 3:10-cv-00002-MMC
                                   )
12                  Plaintiff,     )  [PROPOSED] ORDER RE: DEFENDANT'S
                                   )  REQUEST FOR TELEPHONIC
13        vs.                      )  APPEARANCE AT INITIAL CASE
                                   )  MANAGEMENT CONFERENCE; DIRECTIONS
14  ALLIANT LAW GROUP, PC,         )                              TO PARTIES
                                   )  [Local Rule 16-10(a)]
15                  Defendant.     )
                                   )
16                                 )  Date: May 28, 2010
                                   )  Time: 10:30 a.m.
17                                 )  Courtroom: 7
                                   )  Judge: Hon. Maxine M. Chesney
18                                 )
                                   )
19                                 )
                                   )
20                                 )

21
         Pursuant to the request of Defendant ALLIANT LAW GROUP, PC ("Defendant"), and
22
   good cause being shown,
                                    all counsel shall
23
         IT IS HEREBY ORDERED that ~~counsel for Defendant is permitted to~~ appear at the May
24
   28, 2010 Initial Case Management Conference by telephone.
25

26  DATED:  May 24, 2010                          [signature: Maxine M. Chesney]
                                                  UNITED STATES DISTRICT JUDGE
27

28
                                         1

                                                    [PROPOSED] ORDER RE: DEFENDANT'S REQUEST
                                                                 FOR TELEPHONIC APPEARANCE
   06189.00/164525                                                  CASE NO. 3:10-CV-00002-MMC