UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEVEN SOLOMON,<br>　　　　Plaintiff, | No. C 10-0002 MMC |
| v. | **ORDER GRANTING REQUEST FOR DEFENDANT'S CORPORATE REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY** |
| ALLIANT LAW GROUP, PC,<br>　　　　Defendant.<br>_____/ | |
| | Date:　　　September 30, 2010<br>Mediator:　Nancy Foster |

IT IS HEREBY ORDERED that the request for defendant Alliant Law Group, PC's corporate representative to be excused from personally attending the September 30, 2010 mediation session before Nancy Foster is GRANTED. The corporate representative shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 17, 2010　　　　　By:　　　　　　　*Elizabeth D. Laporte*

Dated　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**