UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| STEVEN SOLOMON, | CASE NO. 3:10-cv-00002-MMC |
| Plaintiff, | **ORDER RE: JOINT MOTION OF ALL PARTIES RE: EXTENSION OF DISCOVERY CUT-OFF** |
| vs. | |
| ALLIANT LAW GROUP, PC, | |
| Defendant. | |

Pursuant to the Joint Motion of the parties and good cause appearing therefor, it is hereby ordered that:

The discovery cut-off is extended up to January 14, 2011.

All other dates in the Pretrial Preparation Order remain as originally set.

IT IS SO ORDERED.

DATED: November 23, 2010

UNITED STATES DISTRICT JUDGE