|   |   |
|---|---|
| STEVEN SOLOMON, | CASE NO.: 3:10-cv-00002-MMC |
| Plaintiffs, |  |
| v. | [~~PROPOSED~~] ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |
| ALLIANT LAW GROUP, PC, |  |
| Defendant. | [Filed Concurrently With Stipulation Re Dismissal of Entire Action and All Parties, With Prejudice] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

The Court has reviewed the Stipulation of Plaintiff STEVEN SOLOMON and Defendant ALLIANT LAW GROUP, PC. Pursuant to the Stipulation between the parties, the Court orders as follows:

///

///

///

///

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: February 10, 2011



UNITED STATES DISTRICT COURT JUDGE

06189.00/169910

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL